UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET L. SHEPARD,

       Plaintiff,

Case No.  1:16-CV-284

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

       Defendant,

       /

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  January 11, 2017

    Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE